393 A.2d 1290

Immel's Realty Co., Appellant, v. Sklar.

Argued April 12, 1978. Jack Palkovitz, for appellant; Philip E. Beard, with him Charles J. Vollmer, for appellee.

Order affirmed.

HESTER, J., dissented.

393 A.2d 1290

Kleer, Appellant, v. Kirk.

 Argued April 17, 1978. Anthony V. DeCello, with him DeCello, Manifesto & Doherty, for appellant; Seymour J. Schafer, with him Robert F. Frazier, for appellee.

Order affirmed.